JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMMA MURPHY, et al. | CASE NO. 2:16-cv-04742-SVW-AS |
| Plaintiffs, | |
| v. | [~~PROPOSED~~] JUDGMENT RE: ORDER GRANTING PLAINTIFFS FULL TUITION REIMBURSEMENT |
| GLENDALE UNIFIED SCHOOL DISTRICT, | |
| Defendant. | DATE: September 12, 2017 |
| | TIME: 8:30 AM |
| | CTRM: 10A |

Plaintiffs Gemma, Neil, and Vickere Murphy ("Plaintiffs") came before this Court and brought their action against Defendant Glendale Unified School District ("Defendant") for violations of the Individuals with Disabilities Education Act ("IDEA"). Plaintiffs' Motion for Summary Judgment was heard on February 27,

2017, which was granted in part on June 14, 2017, based on Defendant's violation of procedural provisions of the IDEA, which prevented Gemma from receiving a free appropriate public education ("FAPE"), as required by law. This Court subsequently ordered supplemental briefing on the appropriate remedy for Defendant's violation and conducted a hearing on the remedies issue on July 24, 2017.

The Court having received and considered the Motion papers and supplemental briefing on remedy, in addition to any supporting documentation filed therein, the evidence submitted by the parties, and the arguments presented by the parties' respective counsel, this Court orders as follows:

**IT IS ORDERED** that Plaintiffs are AWARDED a judgment against Defendant, requiring full tuition reimbursement in the amount of $191,645.38, consisting of $175,934.00 in residential treatment services and related costs and $15,711.38 in travel, lodging, and transportation costs.

**IT IS FURTHER ORDERED** that Plaintiffs are AWARDED prevailing party status and may bring a separately-noticed motion for attorneys' fees if the parties cannot agree to a reasonable fee award.

Dated: September 18, 2017

Hon. Stephen V. Wilson
Judge, United States District Court