1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

16  GEMMA MURPHY, et al.                          )   CASE  NO.   2:16-cv-04742-
                                                 )   SVW-AS
17          Plaintiffs,                          )
18      v.                                       )   [PROPOSED] JUDGMENT
                                                 )   RE: ORDER GRANTING IN
19  GLENDALE UNIFIED SCHOOL DISTRICT, )   PART PLAINTIFFS' MOTION
20                                               )   FOR ATTORNEY'S FEES
            Defendant.                           )
21                                               )
22                                               )
                                                 )
23                                               )
24

25      Plaintiffs Gemma, Neil, and Vickere Murphy ("Plaintiffs") came before this

26  Court and brought their action against Defendant Glendale Unified School District

27  ("Defendant") for violations of the Individuals with Disabilities Education Act

28  ("IDEA"). Plaintiffs' Motion for Summary Judgment was heard on February 27,

[PROPOSED] JUDGMENT RE: ORDER GRANTING IN PART PLAINTIFFS' MOTION
FOR ATTORNEY'S FEES

2017, which was granted in part on June 14, 2017, based on Defendant's violation of procedural provisions of the IDEA, which prevented Gemma from receiving a free appropriate public education ("FAPE"), as required by law. Plaintiffs were awarded a judgment against Defendant, requiring full tuition reimbursement in the amount of $191,645.38, consisting of $175,934.00 in residential treatment services and related costs, and $15,711.38 in travel, lodging, and transportation costs on September 18, 2017. This Court furthered awarded Plaintiffs prevailing party status and Plaintiffs have brought a separately noticed motion for attorney's fees and costs. Plaintiffs have billed 492 hours during the administrative due process proceeding and 458.8 hours during the appeal of the administrative decision to this Court.

The Court having received and considered the Motion papers, and declarations in addition to any supporting documentation filed therein, the evidence submitted by the parties, and the arguments presented by the parties' respective counsel, this Court orders as follows:

**IT IS ORDERED** that Plaintiffs' established rate at $425 per hour for Attorney Mark Woodsmall is reasonable. Plaintiffs' associate counsel's established rates at $375 per hour are an appropriate rate.

**IT IS FURTHER ORDERED** that this Court AWARDS Plaintiffs attorney's fees in connection with the administrative proceedings for 286.5 hours and AWARDS Plaintiffs attorney's fees in connection with the federal court proceedings for 394.5 hours.

For the reasons set forth in this Order, the Court therefore AWARDS Plaintiffs $259,780.04 in attorney's fees and costs.

Dated:  November 30, 2017

Hon. Stephen V. Wilson
Judge, United States District Court

[PROPOSED] JUDGMENT RE: ORDER GRANTING IN PART PLAINTIFFS' MOTION
FOR ATTORNEY'S FEES